_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

**Entered on Docket**
**June 08, 2012**

SETH D. BALLSTAEDT, ESQ.
Nevada Bar No.: 11516
BALLSTAEDT LAW FIRM
9480 S. Eastern Ave, Ste 213
Las Vegas, Nevada 89123
(702) 530-3111
Fax (702) 666-8215
help@ballstaedtlaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
### District of Nevada

| | |
|---|---|
| **In Re**: | Case No. 12-11320-MKN |
| | Trustee: |
| Margaret  Charles | |
| | Chapter 11 |
| **Debtor(s)** | Hearing Date: May 23, 2012 |
| | Hearing Time: 9:30 A.M. |

### ORDER TO VALUE COLLATERAL FOR PROPERTY AT 9101 West Alta Drive, #507G, Las Vegas NV 89145

THIS MATTER having come before the Court for a hearing on May 23, 2012, on Debtor's
MOTION TO VALUE COLLATERAL;  and based upon the papers and pleadings on file herein, and
good cause appearing; the Court finds as follows:

1.    Debtor owns real property located at 9101 West Alta Drive, #507G, Las Vegas
NV 89145 ("9101 West Alta Drive, #507G"). 9101 West Alta Drive, #507G is
valued at $700,000.00 as of the date of Debtor's Chapter 11 Petition.  The 9101
West Alta Drive, #507G Property is collateral for a secured claim held by Chase
in the amount  of $1,200,000.00.

**[Mark only one box, and fill in blanks]**

_____            Chase  has filed a Proof of Claim [claim number] related to
such, and such Proof of Claim claims a debt of [$claim

amount]. Chase's Proof of Claim indicates that Chase has assigned [insert account #] to this claim.

**[or]**

__x__    Chase has ***not*** filed a Proof of Claim related to its claim, but has assigned [insert account #] to this claim. The Debtor's schedules list the amount of Chase's claims as [$scheduled amount].

IT IS THEREFORE ORDERED THAT **Chase**'s claim is bifurcated into an allowed secured claim of $700,000.00 and an allowed unsecured claim of $500,000.00 pursuant to 11 U.S.C. Section 506(a).

IT IS FURTHER ORDERED THAT Chase shall retain their lien on the real property located at 9101 West Alta Drive, #507G, Las Vegas NV 89145. The mortgage claim shall be deemed as a partially unsecured claim to be paid pro rata with other similarly classified creditors through the Debtor's Plan.

DATED this 5 day of June, 2012.

Submitted by:

/s/ Seth D. Ballstaedt
SETH D. BALLSTAEDT, ESQ.
9480 S. Eastern Ave, Ste 213
Las Vegas, Nevada 89123
Attorney for Debtor's

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that :

_____ The court has waived the requirement set forth in LR 9021(b)(1).

__x__ No party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g) and that no party has objected to the form or content of this order.